UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALFRED R. SIMONE,
    Plaintiff,

v.                                              C.A. No. 11-542 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
    Defendant.

ORDER

    The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 10th, 2012, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is hereby DENIED, and Plaintiff's Motion to Reverse Decision of the Commissioner is hereby GRANTED and the matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

ENTER:

_____
William E. Smith
United States District Judge

Date: 11/14/12